UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTER FOR COMMUNITY JUSTICE
AND ADVOCACY,

        Plaintiff,

Case no. 07-13881

v

Hon. John Corbett O'Meara

RAM REAL ESTATE, et al.,

        Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On May 08, 2008, the court entered an order denying plaintiff's application to proceed *in forma pauperis* and requiring plaintiff to pay the filing fee by May 29, 2008. Plaintiff was notified that failure to pay the filing fee by this deadline may result in the dismissal of the complaint. To date, plaintiff has failed to pay the filing fee. Accordingly,

IT IS HEREBY ORDERED that the complaint is DISMISSED without prejudice for failure to prosecute.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: July 03, 2008


I hereby certify that a copy of the foregoing document was mailed to Kimberly Harris at 9505 Groh Roak, Suite 160, Grosse Ile, MI 48138 on this date, July 5, 2008.

                                              s/William Barkholz
                                              Case Manager